```
BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER (California Bar No. 175895)
Assistant U.S. Attorney
    501 I Street, Suite 10-100
    Sacramento, California  95814
    Telephone:     (916) 554-2709
    Facsimile:     (916) 554-2900
    Email:         camil.skipper@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES ROBERT GLEASON,<br><br>　　　　　Defendant. | CASE NO. 10-CR-00323-VBF<br><br>STATEMENT AFTER HEARING REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE: [12-7-10]**<br>**PROPOSED TRIAL DATE: [12-21-10]**<br><br>**PROPOSED PRETRIAL CONFERENCE DATE: [12-8-10]** |

　　On November 8, 2010, the parties, plaintiff United States of America, represented by its attorney of record, Assistant United States Attorney CAMIL SKIPPER, and defendant JAMES ROBERT GLEASON, personally and represented by his counsel of record, THOMAS JOHNSON, appeared for status conference. The government files this Statement and the accompanying Proposed Order in compliance with the Court's order made November 8, 2010.

　　At the status conference, defendant moved for a continuance of the jury trial date from December 7, 2010, to December 21, 2010. The

continuance having been granted, defendant further requested that, for purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the time period of December 7, 2010, to December 21, 2010, inclusive, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and adequate time to prepare.  Defendant represented to the Court that defense counsel's trial schedule would preclude trial in this case on December 7, 2010, and that further preparation by counsel was necessary to effectively represent defendant at trial.  (Time had been excluded up to and including December 7, 2010.  <u>See</u> Order Continuing Trial Date and Findings Regarding Excludable Time Periods Pursuant to Speedy Trial Act, filed 10/18/10 (C.R. 25).)

When personally addressed by the Court, defendant affirmed that he understood his Speedy Trial rights, voluntarily agreed to the continuance of the trial date, and gave up his right to be brought to trial earlier than December 21, 2010.  The Court ordered defendant to appear in Courtroom 9 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California, on December 21, 2010, at 8:30 A.M.

///

///

The government did not object to the continuance or exclusion of time under the Speedy Trial Act.

                                          BENJAMIN B. WAGNER
                                        United States Attorney

Dated: November 9, 2010      /s/ Camil A. Skipper
                                        By: CAMIL A. SKIPPER
                                        Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA